1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2
3  MARK KROTOSKI (CSBN 138549)
   Chief, Criminal Division

4  SUSAN R. JERICH (CSBN 188462)
   Assistant United States Attorney

5
6    450 Golden Gate Avenue
     San Francisco, Ca. 94102
     Tel: (415) 436-7158
7    Facsimile: (415) 436-6982
     Email: susan.jerich@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**

MAY 10 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

~~SEALED BY COURT ORDER~~

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR 07 00289 RMW HRL

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR- |
| Plaintiff, | APPLICATION AND [PROPOSED] ORDER TO SEAL |
| v. | |
| UNDER SEAL INDICTMENT | SAN JOSE VENUE |

**UNDER SEAL OF COURT**

All defendants in the above named indictment have not yet been apprehended. The United States hereby applies for an Order sealing the indictment and arrest warrants in order not to compromise the efforts to apprehend the defendants. However, the United states specifically requests that file stamped copies of the indictment and arrest warrants be given to the Assistant United States Attorney so that copies can be made in advance of court appearances.

DATED: May 10, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

SUSAN R. JERICH
Assistant United States Attorney

SEALING APPLICATION AND ORDER

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, Ca. 94102
    Tel: (415) 436-7158
    Facsimile: (415) 436-6982
    Email: susan .jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR- |
| Plaintiff, | [PROPOSED] ORDER TO SEAL |
| v. | SAN JOSE VENUE |
| UNDER SEAL INDICTMENT | |

**UNDER SEAL OF COURT**

GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the indictment and arrest warrants in the above captioned case are to be filed under seal.

IT IS FURTHER ORDERED THAT file stamped copies of the indictment and arrest warrants are to be provided to the United States Attorney's Office in order to prosecute the matter.

IT IS FURTHER ORDERED THAT the indictment and arrest warrants are to remain under seal until further Order of this court..

                                        HON. ELIZABETH LAPORTE
                                        UNITED STATES MAGISTRATE JUDGE

UNSEALING APPLICATION AND ORDER