1 | SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2 |
3 | BRIAN J. STRETCH (CSBN 163973)
    Chief, Criminal Division
4 | SUSAN R. JERICH (CSBN 188462)
    Assistant United States Attorneys
5 |
6 |     450 Golden Gate Avenue, 11th Floor
        San Francisco, California  94102
        Telephone: (415)436-7158
7 |     Facsimile: (415) 436-7234
        Email: susan.jerich@usdoj.gov
8 |
    Attorneys for the Plaintiff
9 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0289 RMW |
|   Plaintiff, ) | **NOTICE OF RELATED CASES** |
|   v. ) | |
| NAM NGUYEN, JIMMY NGUYEN, ) HUY NGO & KIM MAI ) | |
|   Defendants ) | |
| | |
| UNITED STATES OF AMERICA, ) |  |
|   Plaintiff, ) | No. CR 07-290 JF |
|   v. ) | |
| SON NGUYEN, DUC NGUYEN ) & HUY NGO ) | |
|   Defendant. ) | |

The United States, by and through the above counsel of record, hereby submits this Notice of Related Cases pursuant to Criminal Local Rule 8-1. In the interest of judicial

NOTICE OF RELATED CASES
CR07-289 RMW
CR07-290 JF                                        1

1  economy, the government contends that the two matters should be related before this Court.

2  Specifically, these cases are appropriate to relate because they appear likely to entail
3  substantial duplication of labor if heard by different Judges. For example, while each case
4  involves a separate drug conspiracy–the first involving ecstasy (MDMA) and the latter, cocaine
5  base ("crack cocaine"), both cases arise out of the same wire interception investigation. As such,
6  discovery and foundational information, at a minimum, will be the same. Moreover, any legal
7  challenges to the wire interception Order(s) will also likely be predicated on similar evidence
8  and arguments. Finally, both matters have a defendant in common – Huy Ngo.

9  The United States contends that the two matters should be related in the interests of
10 judicial economy as well as the fact that both involve a common defendant.

12 DATED: September 27, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
_____
SUSAN R. JERICH
Assistant United States Attorney

NOTICE OF RELATED CASES
CR07-289 RMW
CR07-290 JF                                2