rev. 9/6/07

Case 5:07-cr-00289-RMW   Document 11   Filed 09/28/2007   Page 1 of 1
DOCUMENTS UNDER SEAL □          TOTAL TIME (mins): 3 min.

| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK Corinne Lew | REPORTER/FTR FTR |
|---|---|---|

| MAGISTRATE JUDGE Patricia V. Trumbull | DATE 9/28/07 | | NEW CASE □ | CASE NUMBER CR 07-00289 RMW |
|---|---|---|---|---|

## APPEARANCES

| DEFENDANT Kim Mai | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Michelle Spencer | PD. □ RET. □ APPT. |
|---|---|---|---|---|---|

| U.S. ATTORNEY Susan Jerich | INTERPRETER | FIN. AFFT SUBMITTED □ | COUNSEL APPT'D □ |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER P. Mamaril | DEF ELIGIBLE FOR APPT'D COUNSEL □ | PARTIAL PAYMENT OF CJA FEES □ |
|---|---|---|---|

## PROCEEDINGS SCHEDULED TO OCCUR

| □ INITIAL APPEAR | □ PRELIM HRG | □ MOTION | □ JUGM'T & SENTG | ☒ STATUS |
|---|---|---|---|---|
| □ I.D. COUNSEL | □ ARRAIGNMENT | □ BOND HEARING | □ INITIAL APPEAR REV PROB OR S/R | □ OTHER |
| □ DETENTION HRG | □ ID / REMOV HRG | □ CHANGE PLEA | □ PROB. REVOC. | □ ATTY APPT HEARING |

## INITIAL APPEARANCE

| □ ADVISED OF RIGHTS | □ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| □ ARRAIGNED ON INFORMATION | □ ARRAIGNED ON INDICTMENT | □ READING WAIVED SUBSTANCE | □ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| □ RELEASED ON O/R | □ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | □ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED □ CASH $ | CORPORATE SECURITY □ | REAL PROPERTY: □ |
|---|---|---|

| □ MOTION FOR DETENTION | □ PRETRIAL SERVICES REPORT | □ DETAINED | □ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | □ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| □ CONSENT ENTERED | □ NOT GUILTY | □ GUILTY | GUILTY TO COUNTS: □ |
|---|---|---|---|
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 10/1/07 | □ ATTY APPT HEARING | □ BOND HEARING | □ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 9:00 am. (prev. set) | □ SUBMIT FINAN. AFFIDAVIT | □ PRELIMINARY HEARING OR ARRAIGN-MENT | □ CHANGE OF PLEA | □ OTHER |
| BEFORE HON. Ronald M. Whyte | □ DETENTION HEARING | | □ MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | □ TIME EXCLUDABLE UNDER 18 § USC 3161 | □ IDENTITY / REMOVAL HEARING | □ PRETRIAL CONFERENCE | □ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

THE COURT LIFTED THE NO CONTACT WITH CO-DEFENDANT NAM NGUYEN ONLY.