***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** October 1, 2007     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00289-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- NAM NGUYEN, JIMMY NGUYEN, HUY NGO & KIM MAI (P)
    **APPEARANCES:**

**PLTF:** AUSA: S. Jerich     **DEFT:** D. Johnson, B. Carey, N. Humy & M. Spencer

**COURT ACTION: STATUS HEARING**

Hearing Held. Government advised the Court that there is a pending motion to relate cases before this court. The Court continued this matter to 11/19/07 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 11/19/07. Government to prepare exclusion order.

    */s/ Jackie Garcia*
    **JACKIE GARCIA**
    **Courtroom Deputy**