1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,          )        CR07-0289 RMW (HRL)
                        Plaintiff,     )
10                                     )
                                       )
11                                     )        [PROPOSED]
            v.                         )        **ORDER MODIFYING**
12                                     )        **CONDITIONS OF RELEASE**
                                       )
13   KIM MAI,                          )
                        Defendant.     )
14   ————————————————————————————)

15

16       GOOD CAUSE HAVING BEEN SHOWN

17       IT IS HEREBY ORDERED that the conditions of release for Kim Mail shall be modified  to

18   permit her to maintain contact with co-defendant Nam Nguyen who is her fiancé.  She shall not have

19   contact with any of the other co-defendants except in the presence of counsel.   All other conditions of

20

21   release shall remain in effect.

22

23

24   Date:_____                   _____
                                            HON. PATRICIA V. TRUMBULL
25                                          MAGISTRATE JUDGE

26

Kim Mai-Order Modifying
Conditions of Release                      - 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26