**FILED**
OCT 15 2007
CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>     v.<br><br>KIM MAI,<br>     Defendant. | CR07-0289 RMW (HRL)<br><br>[PROPOSED]<br>**ORDER MODIFYING**<br>**CONDITIONS OF RELEASE** |

GOOD CAUSE HAVING BEEN SHOWN

IT IS HEREBY ORDERED that the conditions of release for Kim Mail shall be modified to permit her to maintain contact with co-defendant Nam Nguyen who is her fiancé. She shall not have contact with any of the other co-defendants except in the presence of counsel. All other conditions of release shall remain in effect.

Date: 10/15/07

HON. PATRICIA V. TRUMBULL
MAGISTRATE JUDGE

Kim Mai-Order Modifying
Conditions of Release                   - 1 -