| | |
|---|---|
| **GEOFFREY A. BRAUN** | |
| Bar #46562 | |
| 181 Devine St. | |
| San Jose, CA 95110 | |
| (408) 288-9512 | ***E-FILED - 3/21/08*** |

Attorney for Defendant
Kim Mai

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 07-00289 RMW |
| Plaintiff, | ) APPLICATION FOR ORDER AND |
| | ) ORDER GRANTING PERMISSION |
| vs. | ) TO DEFENDANTS NAM NGUYEN |
| | ) AND KIM MAI TO TRAVEL |
| NAM NGUYEN, KIM MAI, et al., | ) OUTSIDE THE NORTHERN |
| | )  DISTRICT OF CALIFORNIA |
| Defendants. | ) |

I, GEOFFREY A. BRAUN, do hereby declare:

I am an attorney and counselor at law in good standing and duly authorized to practice before all the courts of this state and in the United States District Court for this district. I represent defendant KIM MAI in this matter, but make this application on behalf of her husband, defendant NAM NGUYEN (whose attorney, DAVID JOHNSON, consents that I do so), as well as herself. Defendants Nguyen and Mai have been invited to attend the wedding of mutual friends in Las Vegas, Nevada, over the weekend of March 22 to March 24, 2008 and therefore seek to book lodging and air travel as soon as possible. Each defendant has previously attended all court appearances and is otherwise in good standing with his or her Pre-Trial Services Officer. On March 7, 2008 I spoke to Anthony Granados, Pretrial Services Officer for defendants MAI and NGUYEN and he stated that he has no objection to the proposedorder covering the dates mentioned.

Each defendant understands his or her duty while out of the Northern District to obey all laws and all other conditions of his or her Order of Release. Each defendant undertakes to return to the Northern District not later than 11:00 P.M. on March 24, 2008 and to continue to attend upon all court appearances. Wherefore each defendant requests that the Court make the

following order.

Dated: March 7, 2008
At San Jose, CA.

_____
GEOFFREY A. BRAUN
Attorney for Defendant KIM MAI
And on behalf of Defendant NAM NGUYEN

ORDER GRANTING PERMISSION TO TRAVEL OUTSIDE NORTHERN DISTRICT OF CALIFORNIA

The foregoing application having been read and considered, and good cause appearing therefor, the Court hereby grants permission to defendants KIM MAI and NAM NGUYEN to travel outside the Northern District of California beginning on March 22, 2008 and ending with their return to this district not later than 11:00 P.M. on March 24, 2008. Said travel is limited to the city of Las Vegas Nevada and its immediate environs and does not include any area between the Northern District of California and Las Vegas, Nevada, inasmuch as the Court understands the defendants will be traveling by air.

IT IS SO ORDERED.

Dated: March 21, 2008
At San Jose, CA.

*Ronald M. Whyte*
_____
RONALD M. WHYTE, DISTRICT JUDGE