**GEOFFREY A. BRAUN**
Bar #46562
181 Devine St.
San Jose, CA 95110
(408) 288-9512

Attorney for Defendant
Kim Mai

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>NAM NGUYEN, KIM MAI, et al.,<br><br>          Defendants. | No. CR 07-00289 RMW<br><br>NOTICE OF MOTION TO SUPPRESS EVIDENCE GAINED FROM WIRE INTERCEPTION ORDER<br><br>(F.R.Crim.Pro., Rules 12, 41(h), 47; 18 U.S.C. §2518(c))<br><br>Aug. 18, 2008          9:00 A.M.<br>Hon. Ronald M. Whyte, Dist. Judge |

TO:   THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA, ASSISTANT UNITED STATES ATTORNEY SUSAN JERICH, THE RESPECTIVE ATTORNEYS FOR EACH NAMED CO-DEFENDANT AND RELATED DEFENDANT, AND THE CLERK OF THIS HONORABLE COURT:

PLEASE TAKE NOTICE that on September 2, 2008 at 9:00 A.M. in the courtroom of the Hon. RONALD M. WHYTE, District Judge (San Jose Division) defendant KIM MAI will move the Court for an order suppressing as evidence all conversations intercepted as the result of a certain Title III (18 U.S.C. §2510-2521) wire interception order signed by another Judge of this Court on September 5, 2006, together with all evidence discovered and/or seized as a result of government agents overhearing those conversations.  Specifically defendant MAI moves to suppress a conversation occurring on September 23, 2006 between her and her husband, defendant NAM NGUYEN (the owner of Target Telephone #1, which was the subject of the wire interception order), which conversation constitutes the basis of Count Three of the Indictment (a violation of 21 U.S.C. §843(b)) charged against defendant MAI.

The motion will be based on this Notice, the attached Memorandum of Points and Authorities, the records and files of this case (specifically including, but not limited to, the Order Authorizing Wire Intercept (United States Attorney's files, Bates pages 51 - 57), United States Attorney's Application for Wire Interception Order (Bates pages 58 - 67), and Affidavit of

1  D.E.A. Agent Sammy Parks in Support of Application for Wire Interception Order (Bates pages
2  69 - 135)), and arguments of counsel.

3

Dated: July 31, 2008
4  At San Jose, CA.

5

6                                         GEOFFREY A. BRAUN
                                       Attorney for Defendant
7                                         KIM MAI

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                     2