***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** September 2, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00289-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- NAM NGUYEN, JIMMY NGUYEN, KIM MAI (P)
       APPEARANCES:

**PLTF:** AUSA: S. Jerich          **DEFT:** D. Johnson, B. Carey, J. Gordon, G. Braun

**COURT ACTION: DEFENDANT'S KIM MAI'S MOTION TO SUPPRESS EVIDENCE Hearing Held. The Court heard oral argument from counsel and took this matter under submission. The Court to send out a ruling to the parties. The Court continued this matter to 10/14/08 @ 9:00 AM for a Status Hearing.**

*/s/ Jackie Garcia*
JACKIE GARCIA
**Courtroom Deputy**